United States District Court
For the Northern District of California

1

2

3

4

5               IN THE UNITED STATES DISTRICT COURT

6             FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   COMPLETE ENTERTAINMENT                    No.  CV 13-03342 JCS
    RESOURCES, LLC,
9                                             **ORDER**
              Plaintiff,
10
       v.
11
    CINDER BLOCK, LLC,
12
              Defendant.
13   _____/

14

15   GOOD CAUSE APPEARING THEREFOR,

16          IT IS ORDERED that this case is reassigned to the **Honorable Susan Illston** in the **San**

17   **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

18   bear the **initials SI** immediately after the case number. All hearing dates presently scheduled are

19   vacated and motions should be renoticed for hearing before the judge to whom the case has been

20   reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

21   magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

22   for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

23   Civ. P. 72(b).

24
                                          FOR THE EXECUTIVE COMMITTEE:
25

26

27   Dated:  December 11, 2013
                                          Richard W. Wieking
28   rev 4-12                             Clerk of Court