**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPLETE ENTERTAINMENT RESOURCES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CINDER BLOCK, LLC,<br><br>　　　　Defendant.<br>_____/ | No. C 13-3342 SI<br><br>**DEFAULT JUDGMENT** |

　　　Plaintiff's motion for default judgment has been granted in part and denied in part. Default judgment against defendant and in favor of plaintiff is accordingly entered. IT IS ADJUDGED, ORDERED and DECREED that plaintiff Complete Entertainment Resources, LLC d/b/a CrowdSurge shall recover from defendant Cinder Block, LLC $418,094.47 in compensatory damages and $848.78 in costs.

　　　**IT IS SO ORDERED.**

DATED: January 17, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge